7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Shaunta Yvonne Epps
*Debtor*

*Bankruptcy Case No.*
14–42173–abf7

**Erlene W Krigel**
   Plaintiff(s)

*Adversary Case No.*
16–04005–abf

v.

**Shaunta Epps**
   Defendant(s)

## JUDGMENT

 The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Plaintiff and against Defendant in the amount of $2,948.69, including a total of $650.00 for Plaintiff's attorneys' fees, and $350.00 for Court costs. The Defendant's discharge is revoked. This Judgment is a final judgment for purposes of execution.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
       Deputy Clerk



Date of issuance: 3/2/16

Court to serve